IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

ALLIED ERECTING AND DISMANTLING CO., )
                         Plaintiff, )
                                 )       2:16cv1379
      vs                           )       Electronic Filing
                                   )
UNITED STATES STEEL CORPORATION, )
                     Defendant. )

O R D E R

      AND NOW, this  22nd  day of December, 2016, after the plaintiff, Allied Erecting

and Dismantling Co., filed an action in the above-captioned case, and after a motion to transfer

venue was submitted by the defendant, United States Steel Corp., and after a Report and

Recommendation was filed by the United States Magistrate Judge granting the parties a period of

time after being served with a copy to file written objections thereto, and upon consideration of

the objections filed by the plaintiff and the response to those objections filed by the defendant,

and upon independent review of the motion and the record, and upon consideration of the

Magistrate Judge's Report and Recommendation (ECF No. 25), which is adopted as the opinion

of this Court,

      IT IS ORDERED that the Motion to Transfer Venue Pursuant to 28 U.S.C. § 1404

filed by defendant, United States Steel Corp. (ECF No. 8), is granted and this action is

transferred forthwith to the United States District Court for Northern District of Ohio, Eastern

Division, based on its relatedness to Civil Action No. 4:12-cv-1390 and Bankruptcy Case No.

4:16-bk-40675.

                           s/ DAVID STEWART CERCONE
                           David Stewart Cercone
                           United States District Judge

cc:    Honorable Robert C. Mitchell,
      United States Magistrate Judge
    Christopher R. Opalinski, Esquire
    F. Timothy Grieco, Esquire
    Roy A. Powell, Esquire

    (*Via CM/ECF Electronic Mail*)